# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CAROL JACKSON, | : | CHAPTER 13 |
| | : | |
| Debtor. | : | 5:15-bk-01749-RNO |

## MOTION FOR MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

AND NOW come the Debtor, Carol Jackson (heretofore referred to as the "Debtor"), by and through her Attorney, Patrick J. Best, Esquire, of Anders, Riegel & Masington LLC, respectfully moves this Honorable Court as follows:

1. On April 27, 2015, the Debtor filed an original Chapter 13 Plan with this Honorable Court.

2. On September 28, 2015, the Debtor filed a First Amended Chapter 13 Plan with this Honorable Court.

3. On November 19, 2015, this Honorable Court entered an Order Confirming the Debtor's First Amended Chapter 13 Plan.

4. The Debtor intends on filing a Second Amended Chapter 13 Plan as a result of the following events:

   a. On June 26, 2016, Credit Acceptance Corporation filed a Motion for Relief from the Automatic Stay as it pertains to the Debtors 2006 Pontiac Torrent.

   b. On September 11, 2015, Debtor and Creditor, Credit Acceptance Corporation entered into a Stipulation which was granted by this Honorable Court on September 14, 2015.

   c. According to the terms of the Stipulation, Debtor was to place pre-petition arrears into the Chapter 13 Plan.

5. The Debtor's proposed Second Amended Chapter 13 Plan conforms to the terms of the Stipulation between Debtor and Credit Acceptance Corporation.

6. In accordance with F.R.B.P 3015(g) this Honorable Court requires the filing of a Motion to Modify or Amend the Chapter 13 Plan in order to confirm the Second Amended Chapter 13 Plan with the Court.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court enter and Order confirming the Debtor's Second Amended Chapter 13 Plan.

Date: <u>December 17, 2015</u>  /s/ Patrick J. Best
Patrick J. Best, Esquire
Anders, Riegel & Masington LLC
128 East Broad Street
Bethlehem, PA 18018
610.849.2788
Attorney for Debtors